JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hawk Technology Systems, LLC<br><br>Plaintiff,<br><br>v.<br><br>Players Poker Club, Inc.<br><br>Defendants. | Case No.  CV 15-03580-AB (VBKx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pending deadlines are hereby **VACATED**.

Dated:  December 8, 2015     _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.